[    ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**
   **(1)** Remell Alexander Phillips
       xxx-xx-3259
   **(2)**

Case No. **19-27707-L**

**Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:** (1) 2833 Meadowlake Drive #2     (2)
            Memphis TN 38115

**PLAN PAYMENT:**

   **DEBTOR (1)** shall pay    $155.00    ( ) weekly, (X) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **(X) PAYROLL DEDUCTION** from:    Geodis Logistics LLC    **OR** ( ) **DIRECT PAY.**
                                              7101 Executive Center Drive
                                              Suite 333
                                              Brentwood, TN 37027

   **DEBTOR (2)** shall pay    $_____    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      ( ) **PAYROLL DEDUCTION** from:    _____    **OR** ( ) **DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   **(A) CONTAINS A NON-STANDARD PROVISION.** [See plan provision #19]    ( ) YES    (X) NO

   **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION**
      **OF THE COLLATERAL FOR THE CLAIM.** [See plan provisions #7 and #8]    ( ) YES    (X) NO

   **(C) AVOIDS A SECURITY INTEREST OR LIEN.** [See plan provision #12]    ( ) YES    (X) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:

| | | Monthly Plan Payment |
|---|---|---|
| _____ ; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____ | | $_____ |
| _____ ; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____ | | $_____ |

**5. PRIORITY CLAIMS:**

| | Value of Claim | Monthly Plan Payment |
|---|---|---|
| Internal Revenue Service | $9,000.00 | $150.00 |
| | | $ |

**6. HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

| | | | Monthly Plan Payment |
|---|---|---|---|
| _____ ; ongoing payment begins _____ | | | $_____ |
| Approximate arrearage: _____ | Interest ___ % | | $_____ |
| _____ ; ongoing payment begins _____ | | | $_____ |
| Approximate arrearage: _____ | Interest ___ % | | $_____ |

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | ___ % | $_____ |
| | | ___ % | $_____ |
| | | ___ % | $_____ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Collateral: _____
Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Eden at Watersedge | $2,416.50 | % | $45.00 |
| Progressive Leasing | $600.00 | % | $10.00 |
| | | % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____  ( ) Not provided for    **OR** ( ) General unsecured creditor
_____  ( ) Not provided for    **OR** ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**   $     6,930.99     .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, **OR**,

(X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Eden at Watersedge          (X) Assumes    **OR** ( ) Rejects.
Progressive Leasing          (X) Assumes    **OR** ( ) Rejects.

**17. COMPLETION:**  Plan shall be completed upon payment of the above, approximately   sixty (60)   months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett                    DATE: **September 26, 2019**
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389) Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,   Memphis, Tennessee 38112-4424
Telephone: 901-323-3200          Facsimile: 901-323-3275          Email: help@sjgarrett.com